UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | |
| Plaintiff, | Adv. Proceeding No. 24-05183 |
| v. | |
| REVERENCE CAPITAL PARTNERS OPPORTUNITIES FUND I (CAYMAN) L.P., | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), made applicable pursuant to Fed. R. Bankr. P. 7041, plaintiff, Luc A. Despins, in his capacity as the Chapter 11 Trustee (the "Trustee") for the debtor Ho Wan Kwok, and defendant, Reverence Capital Partners Opportunities Fund I (Cayman) L.P. (the "Defendant" and, together with the Trustee, the "Stipulating Parties"), by and through

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

their respective undersigned counsel, hereby stipulate to the dismissal of the Trustee's *Complaint Seeking Avoidance and Recovery of Fraudulent Transfers and Related Relief Pursuant to Bankruptcy Code Sections 544, 548 and 550 and New York Debtor & Creditor Law Sections 273, 274, and 276* [Adv. ECF No. 1] without prejudice and without attorneys' fees or costs to any party.

*[Remainder of Page is Intentionally Blank. Signature Page(s) to follow.]*

Dated: October 7, 2024  
       New Haven, CT

PLAINTIFF:  
LUC A. DESPINS  
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*  
    Patrick R. Linsey (ct29437)  
    NEUBERT, PEPE & MONTEITH, P.C.  
    195 Church Street, 13th Floor  
    New Haven, Connecticut 06510  
    (203) 781-2847  
    plinsey@npmlaw.com  
    *Counsel for the Chapter 11 Trustee*

Dated: October 7, 2024  
       New York, NY

DEFENDANT:  
REVERENCE CAPITAL PARTNERS  
OPPORTUNITIES FUND I (CAYMAN) L.P.

By:    */s/ Casey McGushin*  
    Casey McGushin  
    Kirkland & Ellis LLP  
    333 West Wolf Point Plaza  
    Chicago, IL 60654  
    (312) 862-3397  
    casey.mcgushin@kirkland.com  
    *Counsel for Reverence Capital Partners Opportunities Fund I (Cayman) L.P.*